### IN THE UNITED STATES DISTRICT COURT FOR THE
### SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ANDREW MAYBERRY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PRAXAIR DISTRIBUTION, INC., ) <br> *a foreign corporation*, ) <br> ) <br> Defendant. ) | No.   20-cv-210 JPG |

### **MEMORANDUM AND ORDER**

This matter comes before the Court on the plaintiff's stipulation of dismissal (doc. 21). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) a plaintiff may dismiss an action without a court order pursuant to a stipulation signed by all parties. Here, plaintiff has presented a stipulation of dismissal signed by all parties. Pursuant to the parties' stipulation, this case is **DISMISSED** with prejudice and the Court **DIRECTS** the Clerk of Court to close this case.

DATED: February 16, 2021

*s/ J. Phil Gilbert*
UNITED STATES DISTRICT JUDGE